**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-30088 |
| **KAREN SUE CHRISTY** | ) | |
| | ) | |
| | ) | |
| | ) | **Chapter 7** |
| Debtor. | ) | |
| | ) | **TRUSTEE'S REPORT OF** |
| | ) | **INITIAL DEPOSIT** |

R. Keith Johnson, the duly qualified and acting Trustee herein, respectfully represents:

1.    The Trustee has received $17,000.00 representing funds of the estate of the above-named Debtor. He has opened an account for the estate at Union Bank and deposited the monies so received into that account on 28th day of August, 2017.

2.    The deposit in said bank is fully insured by the Federal Deposit Insurance Corporation, an instrumentality of the United States.

Dated this 28th day of August, 2017.

/s/ R. Keith Johnson
R. Keith Johnson, Trustee and
Attorney for Trustee
NC State Bar No. 8840
1275 Hwy. 16 South
Stanley, NC 28164
(704)-827-4200