**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| | |  | | |
|---|---|---|---|---|
| Case No: | 17-30088 | Judge: J. CRAIG WHITLEY-DEFAULT JUDGE | Trustee Name: | R. KEITH JOHNSON |
| Case Name: | CHRISTY, KAREN SUE | | Date Filed (f) or Converted (c): | 01/20/17 (f) |
| | | | 341(a) Meeting Date: | 02/22/17 |
| For Period Ending: | 12/31/17 | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE-FAMILY HOME, *CABARRUS COUNTY FMV*, 60 WI | 70,000.00 | 46,822.97 | | 17,000.00 | 29,822.97 |
| 2. 2006 KIA SORENTO (VIN #: KNDJD733865632179 *CARMAX | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. REFRIGERATOR | 500.00 | 499.00 | | 0.00 | 499.00 |
| 4. LIVING ROOM SET, DINING ROOM SET, BEDROOM SET, WAS | 2,500.00 | 0.00 | | 0.00 | 0.00 |
| 5. 2 TV'S, LAPTOP | 200.00 | 0.00 | | 0.00 | 0.00 |
| 6. 22 SHIRTS, 13 PAIRS OF PANTS, 8 DRESSES, 2 COATS, | 200.00 | 0.00 | | 0.00 | 0.00 |
| 7. CASH | 100.00 | 0.00 | | 0.00 | 0.00 |
| 8. WELLS FARGO- 0395 | 1,604.16 | 0.00 | | 0.00 | 0.00 |
| 9. LINCOLN BENEFIT LIFE- TERM LIFE, BENEFICIARY: JENN | 1.00 | 0.00 | | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $76,105.16 | $47,321.97 | | $17,000.00 | Gross Value of Remaining Assets $30,321.97 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP# 1---Single-family home,

  *Cabarrus County FMV*,

  60 Winecoff Ave NWConcord NC 28025-0000

RE PROP# 2---2006 Kia Sorento (VIN #: KNDJD733865632179 *CarMax Appraisal*) mileage: 170,280

RE PROP# 3---Refrigerator

RE PROP# 4---Living Room Set, Dining Room Set, Bedroom Set, Washer/Dryer, 5 Lamps

RE PROP# 5---2 TV's, Laptop

RE PROP# 6---22 Shirts, 13 Pairs of Pants, 8 Dresses, 2 Coats, 8 Pairs of Shoes

LFORM1

Ver: 20.00g

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| | | |
|---|---|---|
| Case No: | 17-30088    Judge: J. CRAIG WHITLEY-DEFAULT JUDGE | Trustee Name:    R. KEITH JOHNSON |
| Case Name: | CHRISTY, KAREN SUE | Date Filed (f) or Converted (c):    01/20/17 (f) |
| | | 341(a) Meeting Date:    02/22/17 |
| | | Claims Bar Date: |

RE PROP# 7---Cash

RE PROP# 8---Wells Fargo- 0395

RE PROP# 9---Lincoln Benefit Life- Term Life, Beneficiary: Jennifer Wagoner Love


Initial Projected Date of Final Report (TFR): 12/10/17    Current Projected Date of Final Report (TFR): 06/10/18

LFORM1    Ver: 20.00g

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 17-30088 | Trustee Name: | R. KEITH JOHNSON |
|---|---|---|---|
| Case Name: | CHRISTY, KAREN SUE | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******3866 GENERAL CHECKING |
| Taxpayer ID No: | *******3865 | | |
| For Period Ending: | 12/31/17 | Blanket Bond (per case limit): | $ 450,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/28/17 | 1 | R. Keith Johnson, Trustee | Non-Exempt Equity | 1149-000 | 17,000.00 | | 17,000.00 |
| 09/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 16,985.00 |
| 10/24/17 | 003000 | International Sureties, LTD | Bond Premium Bond # 016036312 | 2300-000 | | 7.61 | 16,977.39 |
| 10/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 24.45 | 16,952.94 |
| 11/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 25.24 | 16,927.70 |
| 12/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 24.38 | 16,903.32 |

| | COLUMN TOTALS | 17,000.00 | 96.68 | 16,903.32 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 17,000.00 | 96.68 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 17,000.00 | 96.68 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| GENERAL CHECKING - ********3866 | 17,000.00 | 96.68 | 16,903.32 |
| | 17,000.00 | 96.68 | 16,903.32 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    17,000.00    96.68

Ver: 20.00g

LFORM24

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-30088 | Trustee Name: | R. KEITH JOHNSON |
|---|---|---|---|
| Case Name: | CHRISTY, KAREN SUE | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******3866 GENERAL CHECKING |
| Taxpayer ID No: | *******3865 | | |
| For Period Ending: | 12/31/17 | Blanket Bond (per case limit): | $ 450,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

GENERAL CHECKING - ********3866

Page Subtotals     0.00     0.00

Ver: 20.00g

LFORM24